UNITED STATES DISTRICT COURT

CENTRA L DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOSE INDACOCHEA,<br><br>Petitioner,<br><br>v.<br><br>SHAWN HATTON, Warden, et al.,<br><br>Respondents. | No. ED CV 17-01305-CJC (DFM)<br><br>Order Accepting Findings and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///
///

IT IS THEREFORE ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

Dated: September 27, 2017

_____
CORMAC J. CARNEY
United States District Judge