JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOSE INDACOCHEA,<br><br>　　　　　Petitioner,<br><br>　　　　　v.<br><br>SHAWN HATTON, Warden, et al.,<br><br>　　　　　Respondents. | No. ED CV 17-01305-CJC (DFM)<br><br>JUDGMENT |

Under the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: September 27, 2017

_____
CORMAC J. CARNEY
United States District Judge